IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 18-24587 |
| Juana M Davis | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge Pamela S. Hollis (WILL) |

## AMENDED NOTICE OF MOTION

TO:   The Honorable Judge Pamela S. Hollis, *Via Electronic Filing*

Glenn B Stearns, Chapter 13 Trustee, *Via Electronic Filing*

Juana M Davis, 780 Honeytree Drive Romeoville, IL 60446, *Via US Mail*

Additional Creditors, *Via Attached Notice of Chapter 13 Bankruptcy Case*

On November 2, 2018 at 11:30 a.m. or soon thereafter as I may be heard, I shall appear before Bankruptcy Judge Pamela S. Hollis or any other Bankruptcy Judge presiding at Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, IL 60432 and shall request that the Attorney's Application for Compensation be entered, at which time you may appear if so desired.

/s/ *David H. Cutler*
David H. Cutler, ESQ
Attorney for Debtor(s)
Cutler & Associates Ltd.
4131 Main St.
Skokie, IL 60076
(847) 673-8600

## CERTIFICATE OF SERVICE

The undersigned, an Attorney, does hereby certify that a copy of this Notice and Motion was filed AND sent electronically and via US MAIL to the above captioned by 5:00 p.m. on or before _____.

/s/ *David H. Cutler*
Attorney for Debtor(s)