**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Juana Davis, | ) | Case No. 18-24587 |
| | ) | |
| Debtor(s). | ) | Judge Hunt |

## NOTICE OF MOTION

TO:   Trustee Glenn B Stearns, via electronic court notification;
       See attached service list.

    YOU ARE HEREBY NOTIFIED that on September 4, 2020 at 10:00 a.m. or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Hunt or any Judge sitting in her stead and present the Motion to Modify Plan, a copy of which is hereby attached.

    This motion will be presented and heard telephonically. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.CourtSolutions.com or by calling Court Solutions at (917) 746-7476.

    If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

                                                                       /s/ David H. Cutler

## CERTIFICATE OF SERVICE

    The undersigned, an attorney, certifies that he caused the above and foregoing Notice and attached Motion to be served on the Trustee via Electronic Court Notice and on the Debtors and the remaining person(s) and/or firm(s) on the attached Service List via first class US Mail, proper postage prepaid on the August 7, 2020.

                                                                          /s/ David H. Cutler

Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 18-24587<br>Northern District of Illinois<br>Eastern Division<br>Fri Aug  7 11:20:44 CDT 2020 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| Ad Astra Recovery<br>7330 West 33rd Street North<br>Suite 118<br>Wichita, KS 67205-9370 | Atg Credit<br>1700 West Cortland Street<br>Suite 201<br>Chicago, IL 60622-1166 | Creditors Protection S<br>Attn: Bankruptcy Dept<br>Po Box 4115<br>Rockford, IL 61110-0615 |
| First Premier Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 | Internal Revenue Service<br>c/o Centralized Insolvency Operatio<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN MI 48090-2011 |
| Merchants Credit<br>223 W Jackson Blvd<br>Ste 700<br>Chicago, IL 60606-6914 | Midland Funding<br>2365 Northside Dr Ste 300<br>San Diego, CA 92108-2709 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 |
| Santander Consumer USA<br>Attn: Bankruptcy<br>Po Box 961245<br>Fort Worth, TX 76161-0244 | Santander Consumer USA, Inc.<br>P.O. Box 961245<br>Fort Worth, TX 76161-0244 | SpeedyRapid Cash<br>po box 780408<br>wichita, KS 67278-0408 |
| David H Cutler<br>Cutler & Associates, Ltd.<br>4131 Main St.<br>Skokie, IL 60076-2780 | Glenn B Stearns<br>801 Warrenville Road Suite 650<br>Lisle, IL 60532-4350 | Juana M Davis<br>780 Honeytree Drive<br>Romeoville, IL 60446-1000 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 | End of Label Matrix<br>Mailable recipients    18<br>Bypassed recipients     1<br>Total                   19 |

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| **Juana Davis,** | ) | Case No. 18-24587 |
| | ) | |
| Debtor(s). | ) | Judge Hunt |

### MOTION TO MODIFY PLAN POST CONFIRMATION

NOW COMES the Debtor, Juana Davis, by and through her attorneys, Cutler & Associates, Ltd., and in support of her Motion to Modify Plan Post-Confirmation, states as follows:

1. The Debtor filed her Chapter 13 petition on August 30, 2018.

2. The Debtor's plan was confirmed on January 18, 2019.

3. The Debtors' confirmation order provides for a plan payment of $960 for 6 months and $1,100 for 54 months with unsecured creditors receiving 100% of their unsecured claims.

4. The Debtor has a current trustee default of $ 5,389.28 through August 2020.

5. The Debtor's income was reduced as she was not working beginning in March 2020 due to the COVID-19 pandemic.  The Debtor was laid off for over some time due to the pandemic, but has since returned to work. She can now afford his regular monthly trustee payments.

6. The Debtor's household income has been reduced and they are experiencing a material financial hardship directly related to the coronavirus disease 2019 (COVID–19) pandemic.  The Debtor is requesting to defer the current trustee default to the end of the plan and to extend the Chapter 13 plan term beyond 60 months as necessary pursuant to the CARES Act, Pub.L. 116–136 and 11 U.S.C. §1329(d)(1), since the Debtor's loss of income was direct result of the (COVID–19) pandemic.

7. The Debtor will be in a position to make plan payments going forward if the payments are deferred and the Chapter 13 plan term is extended beyond 60 months as necessary.

WHEREFORE, the Debtors pray for the following relief:

A. That this Court enter an order modifying the Debtor's Plan Post Confirmation to defer the current trustee default to the end of the plan and to extend the Chapter 13 plan term beyond 60 months as necessary in accordance with 11 U.S.C. §1329(d)(1); and

B. For such other further relief that this Court may deem equitable and just.

Respectfully Submitted,

Dated: August 7, 2020

By:　　　　　　/s/ David H. Cutler
One of the attorneys for the Debtor

Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600